# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Victoria Guanci,<br><br>　　　Plaintiff,<br><br>v.<br><br>K & G Petroleum LLC,<br><br>　　　Defendants. | Case No. 2:25-cv-01556-ART-NJK<br><br>**Order**<br><br>[Docket No. 6] |

Pending before the Court is a motion to extend time that is defective in many ways. Docket No. 6. First and most importantly, the motion appears to be filed on behalf of the corporate defendant, but does not appear to have been filed by an attorney. *But see United States v. High Country Broadcasting Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993) ("A corporation may appear in federal court only through licensed counsel").[1] Second, the motion provides no mailing address for Defendant, *but see, e.g.*, Local Rule IA 10-2, which happens the ability to provide notice to Defendant, *cf. Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (without proper contact information, an issued order may "only find itself taking a round trip tour through the United States mail"). Third, the motion suffers from several procedural deficiencies, such as not being presented on pleading paper. *But see* Local Rule IA 10-1(a)(1). In an effort for this case to proceed on its merits, the Court will allow the 14-day extension sought to October 1, 2025, and **GRANTS** the motion to extend. Moving forward, however, <u>Defendant is cautioned that it may appear in federal court only through licensed counsel and that its filings must comply with all governing rules</u>.

IT IS SO ORDERED.

Dated: September 18, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Nor does the motion indicate that Defendant is currently attempting to retain counsel.

1