JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW E. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
 *JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTORIA GUANCI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>K & G PETROLEUM LLC, a Colorado limited liability company, S&S FUELS MANAGEMENT, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:25-cv-01556-ART-NJK<br><br>**STIPULATION TO SET RESPONSIVE PLEADING DEADLINE FOR DEFENDANT S&S FUELS MANAGEMENT, LLC** |

Plaintiff Victoria Guanci, by and through her counsel of record, Greenberg Gross LLP, and Defendants K & G Petroleum LLC and S&S Fuels Management, LLC, by and through their counsel of record, hereby stipulate and agree as follows:

1. Defendant S&S Fuels Management, LLC has accepted service of the First Amended Complaint and Summons.

2. The parties agree that Defendants' deadline to file a responsive pleading to Plaintiff's First

-1-
**STIPULATION TO SET RESPONSIVE PLEADING DEADLINE**

Amended Complaint shall be **March 6, 2026.**

3.  Undersigned counsel for Defendant S&S Fuels Management, LLC represents that he has authority to accept service of the First Amended Complaint and Summons on behalf of that Defendant.

4.  This stipulation is made in good faith and in the interest of judicial economy.

DATED: February 23, 2026

/s/ Michael A. Burnette

JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW E. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

/s/ James M. Barrington

JAMES M. BARRINGTON
Nevada Bar No. 9252
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148

*Attorneys for Defendants,*
*K & G Petroleum LLC and, S&S*
*FUELS MANAGEMENT, LLC*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___February 24, 2026___

-2-
**STIPULATION TO SET RESPONSIVE PLEADING DEADLINE**