JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW E. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTORIA GUANCI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>K & G PETROLEUM LLC, a Colorado limited liability company, S&S FUELS MANAGEMENT, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:25-cv-01556-ART-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER (SECOND REQUEST)** |

Plaintiff Victoria Guanci ("Plaintiff"), by and through her counsel of record, Greenberg Gross LLP, and Defendants K & G Petroleum LLC and S&S Fuels Management, LLC ("Defendants"), by and through their counsel of record, Resnick & Louis, P.C., hereby stipulate and agree to extend the deadline to file the Joint Pretrial Order by fourteen (14) days, from July 29, 2026 to August 12, 2026.

Good cause exists for the requested extension. Plaintiff and Defendants' counsel have not

yet had an opportunity to meet and confer regarding potential trial dates for inclusion in the Joint Pretrial Order. The requested extension will allow the parties to complete that meet-and-confer process and submit a complete Joint Pretrial Order.

This is the parties' second request to extend the deadline to file the Joint Pretrial Order. The request is made in good faith and not for purposes of delay.

Accordingly, the parties respectfully request that the Court extend the deadline to file the Joint Pretrial Order to August 12, 2026.

DATED: July 27, 2026

*/s/ Michael A. Burnette*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW E. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

*/s/ James M. Barrington*
JAMES M. BARRINGTON
Nevada Bar No. 9252
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148

*Attorneys for Defendants,*
*K & G Petroleum LLC and, S&S*
*FUELS MANAGEMENT, LLC*

**ORDER**

IT IS SO ORDERED:

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: July 27, 2026